**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------x
In re                          :        Case No. 10-24685 (RDD)
                               :
JACK FUENTES and               :
RAMONA FUENTES,                :        Chapter 7
                               :
                  Debtors.  :
------------------------------x

### STIPULATION AND ORDER CONVERTING CASE FROM A CHAPTER 7 CASE TO A CHAPTER 13 CASE

WHEREAS, Jack Fuentes and Ramona Fuentes (the "Debtors") the debtors in the above-captioned case, filed a voluntary petition (the "Petition") under Chapter 7 of the Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") on December 27, 2010 (the "Filing Date");

WHEREAS, Jil Mazer-Marino (the "Trustee") was appointed interim trustee and thereafter became permanent trustee pursuant to § 702(d) of the Bankruptcy Code; and

WHEREAS, a review of the Petition and Schedules raised the concern of the United States Trustee that the Debtors had an ability to file a Chapter 13 plan; and

WHEREAS, the Debtors and the United States Trustee wish to settle all issues concerning the dismissal of the Debtors' case under § 707(b); and

NOW, IT IS HEREBY STIPULATED AND AGREED BY THE UNDERSIGNED PARTIES, that pursuant to 11 U.S.C. § 706(a), the above captioned case is voluntarily converted from a case under Chapter 7 to a case under Chapter 13 of the United States Bankruptcy Code; and

IT IS FURTHER STIPULATED AND AGREED BY THE UNDERSIGNED PARTIES, that in the event that this case is re-converted to a

Chapter 7 case, the Trustee and the United States Trustee shall

be advised in writing within ten (10) days of such conversion,

and shall have sixty (60) days from the date that they receive

notice of the re-conversion to object to the discharge of the

debtor under 11 U.S.C. Section 727(c) and/or file a motion under

11 U.S.C. Section 707(b).


Dated: Yonkers, New York
     January 27, 2011     /s/ Jack Fuentes
                         Jack Fuentes
                         Debtor

Dated: Yonkers, New York
     January 27, 2011     /s/ Ramona Fuentes
                         Ramona Fuentes
                         Debtor

Dated: Harrison, New York
     January 27, 2011     H. Bruce Bronson, Jr.
                         H. Bruce Bronson, Jr.
                         Debtors' Attorney
                         600 Mamaroneck Avenue, Suite 400
                         Harrison, NY 10528-0023

Dated: New York, New York     TRACY HOPE DAVIS
     January 28, 2011     UNITED STATES TRUSTEE

                      By:  /s/ Andrew Velez-Rivera
                         Andrew Velez-Rivera
                       Trial Attorney
                       33 Whitehall Street, 21st Floor
                       New York, New York 10004
                       (212) 510-0500

SO ORDERED:

/s/Robert D. Drain
Robert D. Drain
United States Bankruptcy Judge


Dated:    White Plains, New York
          February 10, 2011