UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

JACK FUENTES
RAMONA FUENTES

        Debtor.

**AFFIDAVIT OF MAILING**

Case No.: 10-24685-rdd
(Chapter 13)

Assigned to:
Hon. ROBERT D. DRAIN
Bankruptcy Judge

---

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| COUNTY OF ERIE | ) SS: | |
| CITY OF BUFFALO | ) | |

Porshia D. Donaldson, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the City of Buffalo, New York.

That on the 4th day of April, 2011, deponent served the within Objection to Confirmation by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

JACK FUENTES         Debtor
49 Newkirk Road
Yonkers, NY 10710

RAMONA FUENTES
49 Newkirk Road
Yonkers, NY 10710

H. BRUCE BRONSON, JR., ESQ.   Attorney for Debtor
600 Mamaroneck Ave
Suite 400
Harrison, NY 10528-0023

JEFFREY L. SAPIR, ESQ.     Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

                                           _/s/ Porshia D. Donaldson_
                                           Porshia D. Donaldson

Sworn to before me this 4th day
of April, 2011.

_/s/ Jaclyn A. Todaro_
Notary Public

JACLYN A. TODARO
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Sept. 2, 2012