# BRONSON LAW OFFICES, P.C.

600 Mamaroneck Avenue, Suite 409
Harrison, NY 10528

Telephone:
877-385-7793
Fax: 888-865-8889

H. Bruce Bronson, Jr., Esq.
(admitted NY & PA)
email:hbbronson@gmail.com
cell: 914-356-1728

Robert Savino, Esq.
(admitted NY & NJ)

April 12, 2011

Clerk of the Court
300 Quarropas Street
White Plains, NY 10601

**RE: Jack and Ramona Fuentes, Chapter 13 Case # 10-24685**

Dear Sir/Madam:

    This letter is to confirm that the confirmation hearing in the above case, originally scheduled for April 13, 2011, has been adjourned to June 8, 2011.

Sincerely,

Robert M. Savino, Esq.