UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                    Chapter 13
-------------------------------------------------------------------x
In re:                                           Case No. 10-24685-rdd

Jack Fuentes and Ramona Fuentes,

                              Debtors.
-------------------------------------------------------------------x

## CREDITOR LOSS MITIGATION AFFIDAVIT

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

    I, Elizabeth Swienc, being sworn, say:

    I am not a party to this action, am over 18 years of age and reside in Nassau County, NY.

    On April 28 , 2011, I served a true copy of the Financial Packet annexed hereto and a request for the following documents:

☒    A copy of the Debtor(s) two (2) most recent federal income tax returns;

☒    A copy of the Debtor(s) last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor(s); **OR**, if Debtor(s) is/are self employed: A copy of the Debtor(s) business two (2) most recent months Profit and Loss Statements, setting forth a breakdown of the monthly business income and expenses for the last two months;

☒    A copy of the Mortgagee(s) completed Financial Worksheet;

☒    Proof of Second/Third Party Income by Affidavit of the party, including the party(s) last two (2) paycheck stubs,

☒    Other (please specify): A detailed list of all monthly expenses, completed 4506T-EZ form, and a hardship letter.

upon the following parties via email at the following addresses:

H. Bruce Bronson, Jr
hbbronson@gmail.com

Dated: Plainview, New York
April 28, 2011

_Elizabeth Swienc_
Elizabeth Swienc

Sworn to before me this
28th day of April, 2011

_Rose Saramago_
NOTARY PUBLIC

Rose Saramago
Notary Public, State of New York
No. 01SA6163060
Qualified in Suffolk County
Commission expires March 19, 20 15

Please be advised that the loss mitigation contact is as follows:

Name: Katrina Davis

Title: MTG Servicing Specialist Lead

Address: 2375 Glenville Drive, Building B, Mail Code: TX2-983-05-01, Richardson, TX, 75082

Phone Number: 214-209-7457

# KINDLY RETURN THE COMPLETED FINANCIAL DOCUMENTS TO THE UNDERSIGNED AT ESWIENC@ROSICKI.COM.



**Bank of America**
Home Loans

RE: Online Loss Mitigation Program – SDNY

Attention Bankruptcy Attorney and/or Bankruptcy Filer:

In our ongoing efforts to better serve our borrowers, BAC Home Loans Servicing, LP, the Bank of America Company servicing your loan, has partnered with Default Mitigation Management LLC to process loss mitigation requests filed pursuant to the Southern District of New York's court mandated loss mitigation program through the DMM Loss Mitigation Web Portal - www.dcmwp.com (the "Portal").

The Portal is a secure online environment that enables the Bankruptcy Department at Bank of America to collect your documentation and communicate with you regarding your submission – from the initial submission to final resolution. **The Portal is free for you to use and will expedite our review of your account(s).** Bank of America is investing in the expense of using this system in an effort to improve communication, timeliness and completion accuracy of loss mitigation requests.

If you will be filing a loss mitigation request pursuant to the Court's loss mitigation program, we urge you to take advantage of this new program. Please refer to the detailed instructions included with this pdf package on how to submit your account(s) to Bank of America Home Loans for review through the Portal. (To access the instructions, click the pdf document labeled "DMM Portal Instructions" in the menu to your left).

Should you need assistance at any time, please contact the Bankruptcy Loss Mitigation Department at 1-866-391-7589. For additional information on the Portal, you may contact DMM at 1-800-481-1013 or email at support@defaultmitigation.com.

We look forward to working with you.

Sincerely,
Bankruptcy Department
Bank of America Home Loans

---

Important Notice

Note: Use of the DMM Portal in no way commits any of the parties to either offer or accept any loss mitigation solutions. The DMM Portal provides a streamlined means of communication between interested parties. It enables parties interested in mortgage loss mitigation to submit all of the necessary documentation and to communicate with each other throughout the process via a secure web platform.

# DMM LOSS MITIGATION WEB PORTAL
## INSTRUCTIONS

## Step 1
### Register to Use the DMM Portal *(If you are already registered, proceed to Step 2)*
- Go to www.dclmwp.com
- Under "Create An Account", find and click "Attorneys Click Here"
- Complete the signup form and submit it for verification and approval
- Once your account is approved, you will be able to use the DMM Portal

## Step 2
### Complete Forms and Gather Documents
- Complete the following forms *(copies are included in this pdf package and can also be downloaded from the DMM Portal)*
  - Borrower Authorization (Pro Se Filers do not need this)
  - Making Home Affordable Request for Modification and Affidavit (HAMP RMA)
  - IRS Form 4506T-EZ
  - Additional Servicer Information
- Gather the following documents
  - 2 Most Recent Paystubs *(please refer to the document entitled "Alternate Proof of Income" to determine other acceptable proofs of income for sources of income other than wages)*
  - 2 Most Recent Bank Statements
  - Tax Returns
  - Proof of Occupancy – i.e., utility bill or phone bill

> ! Important !
>
> A complete and accurate package is critical for the servicer to complete its review. To ensure timely processing, please complete and gather all of the required documents as soon as possible so that a complete package will be ready for submission once the Loss Mitigation Order is issued. Do **not** wait for the Loss Mitigation Order to be issued to begin this process as this will cause unnecessary delays.

## Step 3
### Wait for the Loss Mitigation Order to be Issued
- You will need to upload the Loss Mitigation Order and provide the date on which the Loss Mitigation Period expires as well as the date on which the Status Conference is to be held

## Step 4
### Submit Package
- Go to www.dclmwp.com and log in
  - Under "Existing Users" enter your email address and password (you do not need an invitation code)
- Click "Add New Borrower" (located at the top of the page)
- Follow the step-by-step instructions to add the borrower information and upload the required documents

# INSTRUCTIONS
# FOR
# IRS FORM 4506T-EZ

## Step 1
Fill out the form
*(Refer to the detailed "Instructions for Completing IRS Form 4506T-EZ" at end of this document)*

## Step 2
All borrowers must **SIGN and DATE** the form
*(Signatures should be exactly in the same name as provided in original return)*

## Step 3
Scan the signed form and submit it to the Servicer through the Portal – do **NOT** fax to the IRS.

* Note: IRS Form 4506T-EZ may not be applicable to borrowers that do not file federal income tax returns on a calendar year basis, borrowers that do not file federal income tax returns using Form 1040 and borrowers that have not filed a federal income tax return. In these cases, borrower should submit a signed and completed IRS Form 4506-T which may be found here - http://www.irs.gov/pub/irs-pdf/f4506t.pdf.

Form **4506T-EZ**

(Rev. January 2010)

Department of the Treasury
Internal Revenue Service

# Short Form Request for Individual Tax Return Transcript

▶ Request may not be processed if the form is incomplete or illegible.

OMB No. 1545-2154

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

| | |
|---|---|
| 1a  Name shown on tax return. If a joint return, enter the name shown first. | 1b  First social security number on tax return |
| 2a  If a joint return, enter spouse's name shown on tax return. | 2b  Second social security number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Previous address shown on the last return filed if different from line 3

5  If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

| Third party name | Telephone number |
|---|---|

Address (including apt., room, or suite no.), city, state, and ZIP code

6  **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

_____  _____  _____  _____

**Caution.** If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, either husband or wife must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of signature date.*

| | | |
|---|---|---|
| | | Telephone number of taxpayer on  line 1a or 2a |
| **Sign Here** ▶ | Signature (see instructions) | Date |
| ▶ | Spouse's signature | Date |

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**        Cat. No. 54185S        Form **4506T-EZ** (Rev. 01-2010)

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate a third party (such as a mortgage company) to receive a transcript on line 5. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a fiscal tax year (that is, a tax year beginning in one calendar year and ending in the following year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request the following.

• A transcript of a business return (including estate and trust returns).

• An account transcript (contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed).

• A record of account, which is a combination of line item information and later adjustments to the account.

• A verification of nonfiling, which is proof from the IRS that you did not file a return for the year.

• A Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.

Form 4506-T can also be used for requesting tax return transcripts.

**Automated transcript request.** You can call 1-800-829-1040 to order a tax return transcript through the automated self-help system. You cannot have a transcript sent to a third party through the automated system.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when that return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Florida, Georgia, North Carolina, South Carolina | RAIVS Team<br>P.O. Box 47-421<br>Stop 91<br>Doraville, GA 30362<br>770-455-2335 |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team<br>Stop 6716 AUSC<br>Austin, TX 73301<br>512-460-2272 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team<br>Stop 37106<br>Fresno, CA 93888<br>559-456-5876 |
| Arkansas, Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia | RAIVS Team<br>Stop 6705 P-6<br>Kansas City, MO 64999<br>816-292-6102 |

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

**Form 4506T-EZ** — Short Form Request for Individual Tax Return Transcript

Department of the Treasury
Internal Revenue Service

▶ Request may not be processed if the form is incomplete or illegible.

OMB No. 1545-2154

Tip: Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

1a  Name shown on tax return. If a joint return, enter the name shown first.

1b  First social security number on tax return

2a  If a joint return, enter spouse's name shown on tax return.

2b  Second social security number if joint tax return

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Previous address as shown on the last return filed if different from line 3

5  If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name | Telephone number

Address (including apt., room, or suite no.), city, state, and ZIP code

6  Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2009"). Most requests will be processed within 10 business days.

Caution. If the transcript is being mailed to a third party, ensure that you have filled in line 5 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

Note. If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

Signature of taxpayer(s). I declare that I am the taxpayer whose name is shown on line 1a or 2a. If the request applies to a joint return, either husband or wife must sign.

Note. This form must be received within 60 days of signature date.

Telephone number of taxpayer on line 1a or 2a

**Sign Here**

Signature (see instructions) | Date

Spouse's signature | Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.  Cat. No. 54185S  Form **4506T-EZ** (Rev. 2009)

---

1. If you filed a joint tax return, make sure you include both names on the Form 4506T-EZ.

2. The third party is your mortgage servicer. You can find the name of your servicer on your mortgage statements; however, the address where you send your monthly payments may not be the correct address for your servicer's foreclosure prevention department. To find the correct address, please refer to the Servicer Address Chart (attached).

3. Your servicer only needs your most recent year's tax return. Enter that tax year on the first line. For example, if you filed your taxes in April 2010, you were filing for the 2009 tax year, so you would enter "2009." This completed form must be sent to your servicer.

4. Even if you file a joint tax return, you only need one signature (the person listed on line 1a) to file the Form 4506T-EZ. NOTE: The IRS must receive your form within 120 days of the signature date.

# SERVICER ADDRESS CHART

*Use the Chart below to find the information for your Servicer to be entered on Line 5 on IRS Form 4506T-EZ*

| Servicer Name | Address |
|---|---|
| **21st Mortgage Corporation** | *Third Party Name*<br>21st Mortgage Corporation<br><br>*Telephone Number*<br>865-523-2120<br><br>*Address*<br>620 Market Street<br>One Centre Square<br>Knoxville, TN 37902 |
| **Bank of America (and Countrywide)** | *Third Party Name*<br>Bank of America, N.A.<br><br>*Telephone Number*<br>800-669-6607<br><br>*Address*<br>MHA Escalations Unit<br>PO Box 940070<br>Simi Valley, CA<br>93094-0070 |
| **Chase Home Finance LLC (and Washington Mutual)** | *Third Party Name*<br>Chase Fulfillment Center<br><br>*Telephone Number*<br>866-550-5705<br><br>*Address*<br>Regular Mail:<br>PO Box 469030<br>Glendale, CO 80246<br><br>Overnight Mail:<br>4500 Cherry Creek Drive<br>Suite 100<br>Glendale, CO 80246 |

| EMC Mortgage Corporation | *Third Party Name*<br>EMC Fulfillment Center<br><br>*Telephone Number*<br>800-723-3004<br><br>*Address*<br>Regular Mail:<br>PO Box 469030<br>Glendale, CO 80246<br><br>Overnight Mail:<br>4500 Cherry Creek Drive<br>Suite 100<br>Glendale, CO 80246 |
|---|---|
| **GMAC Mortgage LLC** | *Third Party Name*<br>GMAC Mortgage<br><br>*Telephone Number*<br>800-850-4622<br><br>*Address*<br>Attn: Loss Mitigation<br>233 Gibraltar Road<br>Suite 600<br>Horsham PA 19044 |
| **Kentucky Housing Corporation** | *Third Party Name*<br>Kentucky Housing Corporation<br><br>*Telephone Number*<br>502-564-7630<br><br>*Address*<br>1231 Louisville Rd<br>Frankfort, KY 40601 |
| **Litton Loan Servicing** | *Third Party Name*<br>Litton Loan Servicing<br><br>*Telephone Number*<br>800-247-9727<br><br>*Address*<br>4828 Loop Central Drive<br>Houston, TX 77081 |

| | |
|---|---|
| **New South Federal Savings Bank** | *Third Party Name*<br>LPP Mortgage<br><br>*Telephone Number*<br>866-255-9397<br><br>*Address*<br>425 Phillips Blvd<br>Ewing, NJ 08628<br><br>*\* Note: New South Federal Savings Bank has recently been acquired by Beal Bank* |
| **Ocwen Financial Corporation, Inc.** | *Third Party Name*<br>Ocwen Loan Servicing, LLC<br>Attention: Home Retention Department<br><br>*Telephone Number*<br>800-746-2936<br><br>*Address*<br>16661 Worthington Rd Ste 100<br>West Palm Beach, FL 33409 |
| **Resurgent Capital Services** | *Third Party Name*<br>Resurgent Capital Services<br><br>*Telephone Number*<br>(800) 365-7107<br><br>*Address*<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Saxon Mortgage Services** | *Third Party Name*<br>Saxon Attention: Home Preservation HMP Documentation Department<br><br>*Telephone Number*<br>800-594-8422<br><br>*Address*<br>4708 Mercantile Drive<br>North Fort Worth, TX 76137 |

| | |
|---|---|
| **Select Portfolio Servicing** | *Third Party Name*<br>Select Portfolio Servicing Inc.<br><br>*Telephone Number*<br>888-818-6032<br><br>*Address*<br>PO BOX:65250<br>Salt Lake City, UT 84165-0250 |
| **Wells Fargo Home Mortgage (and America's Servicing Company)** | *Third Party Name*<br>petesabbag DataVision Resources, LLC 0000300501<br><br>*Telephone Number*<br>515-989-0877<br><br>*Address*<br>84 E. School St. Carlisle, IA 50047<br><br>*\*Note: Wells Fargo/ASC use a third party processor. Please enter the Third Party Name exactly as shown above (or leave Line 5 blank if you prefer)* |

# BANK OF AMERICA
## ADDITIONAL INFORMATION INSTUCTIONS

**Step 1**
Complete the financial form attached

**Step 2**
All Borrowers must **SIGN AND DATE** the form

**Step 3**
Scan the signed form and submit it to the Servicer through the Portal
*(Use the "Additional Servicer Information" queue to upload the above documentation)*

### Why You Should Submit the Servicer Information In Addition to the RMA

While the ***Request for Modification and Affidavit*** provides the servicer with the requisite information to evaluate a borrower for a HAMP modification, it usually does **not** provide the servicer with all of the information they need to evaluate the borrower for other servicer specific programs that may be available to the borrower should they not qualify for HAMP. By reviewing and submitting any additional information the servicer has requested, you will ensure that the borrower gets the most thorough and quick review of all options available.

Note: Although servicers must adhere to investor specific guidelines when reviewing a borrower for various programs, most servicers' guidelines require them to review a borrower for HAMP first.

## FINANCIAL WORKSHEET

### BORROWER INFORMATION

Property Address: _____

_____

Hm #: _____   Wk #: _____

Cell #: _____

Best time to call: _____   E mail: _____

**Please check all that apply:**
- ☐ I live in this house
- ☑ Occupants in home: _____
- ☐ This is a second house
- ☐ This house is vacant
- ☐ This is a rental property (monthly rent: $_____)
- ☐ Active Bankruptcy

Borrower Name        _____   Social Security # _____
Co-Borrower Name     _____   Social Security # _____
Mailing Address:     _____   _____
                                       _____

### EMPLOYMENT INFORMATION

**BORROWER**                    **CO-BORROWER**

Employer   _____      Employer   _____
Position   _____      Position   _____

### INCOME DATA

| HOUSEHOLD INCOME | PRIMARY HOMEOWNER CURRENT | | ADDITIONAL OCCUPANT(S) CURRENT | |
|---|---|---|---|---|
| | Gross | Net | Gross | Net |
| Employment Income | $ | | $ | |
| Disability | $ | | $ | |
| Rental Income | $ | | $ | |
| Unemployment | $ | | $ | |
| Child Support / Alimony | $ | | $ | |
| Other | $ | | $ | |
| TOTAL MONTHLY INCOME | | | | |

**Income Frequency: (please check one)**

Primary Homeowner:
☐ Weekly ☐ Bi-Weekly ☐ Semi Monthly ☐ Monthly ☐ Quarterly ☐ Yearly

Additional Occupant(s):
☐ Weekly ☐ Bi-Weekly ☐ Semi Monthly ☐ Monthly ☐ Quarterly ☐ Yearly

**Current Employment Status Primary Homeowner:** (please check one)
☐ Employed Full-Time ☐ Employed Part-Time ☐ Unemployed/Not Working ☐ Self-Employed ☐ Retired

**Current Employment Status Additional Occupant(s):** (please check one)
☐ Employed Full-Time ☐ Employed Part-Time ☐ Unemployed/Not Working ☐ Self-Employed ☐ Retired

### ASSETS / LIABILITIES

| DESCRIPTION | ESTIMATED VALUE | AMOUNT OWED | NET VALUE |
|---|---|---|---|
| Automobile Make / Model | | | |
| Deposit Accounts – Checking / Savings | | | |
| IRA / KEOUGH Accounts | | | |
| 401K Savings Plan | | | |
| Stocks / Bonds / CDs | | | |

## HOUSEHOLD LIABILITIES AND EXPENSES

| EXPENSES | MONTHLY PAYMENT | BALANCE DUE |
|---|---|---|
| ALIMONY / CHILD SUPPORT | $ | $ |
| AUTOMOBILE EXPENSES (Gas, Maintenance) | $ | $ |
| CHILD CARE/ELDER CARE | $ | $ |
| OTHER MORTGAGE(S) | $ | $ |
| EDUCATION | $ | $ |
| FOOD - FAMILY | $ | $ |
| MEDICAL / DENTAL | $ | $ |
| PETS | $ | $ |
| SPENDING MONEY | $ | $ |
| OTHER EXPENSE | $ | $ |
| AUTO INSURANCE | $ | $ |
| HEALTH INSURANCE | $ | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITAL | $ | $ |
| PRESCRIPTIONS | $ | $ |
| CABLE | $ | $ |
| ELECTRICITY | $ | $ |
| GAS | $ | $ |
| TELEPHONE/ CELL PHONE / INTERNET | $ | $ |
| WATER / SEWAGE | $ | $ |
| CLOTHING | $ | $ |
| DRY CLEANING | $ | $ |
| MONTHLY PARKING | $ | $ |
| CLUB OR UNION DUES | $ | $ |
| SCHOOL OR WORK LUNCHES PURCHASED | $ | $ |
| HOA DUES | $ | $ |
| OTHER | $ | $ |
|  |  |  |
| **DEBT** | $ | $ |
| AUTOMOBILE LOANS | $ | $ |
| AUTOMOBILE LOANS | $ | $ |
| CREDIT CARDS | $ | $ |
| INSTALLMENT LOANS | $ | $ |
| MORTGAGE PAYMENT | $ | $ |
| 2ND LIEN MORTGAGE PAYMENT | $ | $ |
| PROPERTY TAXES AND INSURANCE (if not included in mortgage payment) | $ | $ |
| PERSONAL LOANS | $ | $ |
| OTHER SECURED DEBT | $ | $ |
| OTHER UNSECURED DEBT | $ | $ |
| OTHER | $ | $ |

| TOTAL EXPENSES/DEBT | $ | $ |
|---|---|---|

Net Income: $_____ - Expenses: $_____ = Surplus: $_____

| UPFRONT FUNDS AVAILABLE | Amount: $_____ |
|---|---|

BORROWER:

_____     _____, 20___
Signature                                                      Date

_____
Name (please print)

CO-BORROWER:

_____     _____, 20___
Signature                                                      Date

_____
Name (please print)

# INSTRUCTIONS FOR BORROWER AUTHORIZATION

\* This form is provided for convenience only. You my use your own Borrower Authorization form.

**Step 1**
Date the letter

**Step 2**
Enter the name and address of the Servicer

**Step 3**
Enter the loan number and property address

**Step 4**
Enter the name of your firm and/or people representing the borrower

**Step 5**
All borrowers must **SIGN and DATE** the form

**Step 6**
Scan the signed form and submit it to the Servicer through the Portal

_____

_____
_____
_____

        Re:    Loan Number    _____
             Property Address  _____

To Whom It May Concern:

This letter shall serve as formal notice that the undersigned hereby authorize(s)

_____
to make inquiries about the captioned loan account and to attempt to resolve any issues with respect thereto. You are authorized to release any information to them that they may seek.

Thank you for your cooperation.

Very truly yours,


_____
Name: _____


_____
Name: _____

# PROOF OF INCOME
# DOCUMENTATION REQUIREMENTS

| Income Source | Required Documentation |
|---|---|
| **Self-Employment** | Most recent quarterly or year-to-date profit and loss statement |
| **Other Earned Income** (e.g., bonus, commission, fee, tips, overtime) | Reliable evidence such as printouts that show this income was earned |
| **Benefit Income** (e.g. social security, disability or death benefits, pension, adoption assistance, public assistance, or unemployment) | Copy of benefits statement or letter from the provider that states the amount, frequency and duration of the benefit |
| **Rental Income** | Schedule E (Supplemental Income and Loss) of the most recent tax year or other reliable evidence of rental payments |
| **Alimony, Separation Maintenance and Child Support Income**<br>*Note: Borrowers are not required to document this income. Provide this ONLY if you wish the Servicer to consider this income* | Copy of divorce or other court decree; or separation agreement or other written agreement filed with the court that states the amount and period of time over which it will be received |

## PORTAL UPLOAD INSTRUCTIONS

Please use the "Other" documents queue to upload any of the above documentation

# INSTRUCTIONS
## FOR
# REQUEST FOR MODIFICATION AND AFFIDAVIT

**<u>Step 1</u>**
Fill out the form
*(Refer to the detailed "Instructions for Completing RMA Form" at end of this document)*

**<u>Step 2</u>**
All borrowers must **<u>SIGN and DATE</u>** the form

**<u>Step 3</u>**
Scan the signed form and submit it to the Servicer through the Portal


REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 1      COMPLETE ALL THREE PAGES OF THIS FORM

▶ Loan I.D. Number_____ ▶ Servicer _____

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name | Co-borrower's name |

| Social Security number | Date of birth | Social Security number | Date of birth |
|---|---|---|---|

| Home phone number with area code | Home phone number with area code |
|---|---|

| Cell or work number with area code | Cell or work number with area code |
|---|---|

| *I want to:* | ☐ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| *The property is my:* | ☐ Primary Residence | ☐ Second Home | ☐ Investment |
| *The property is:* | ☐ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |

Mailing address

| Property address (if same as mailing address, just write same) | E-mail address |
|---|---|

*Is the property listed for sale?* ☐ Yes ☐ No
*Have you received an offer on the property?* ☐ Yes ☐ No
Date of offer_____ Amount of offer $_____
Agent's Name: _____
Agent's Phone Number: _____
For Sale by Owner? ☐ Yes ☐ No

*Have you contacted a credit-counseling agency for help* ☐ Yes ☐ No
*If yes, please complete the following:*
Counselor's Name: _____
Agency Name: _____
Counselor's Phone Number: _____
Counselor's E-mail: _____

*Who pays the real estate tax bill on your property?*
☐ I do ☐ Lender does ☐ Paid by condo or HOA
*Are the taxes current?* ☐ Yes ☐ No
Condominium or HOA Fees ☐ Yes ☐ No $ _____
Paid to: _____

*Who pays the hazard insurance premium for your property?*
☐ I do ☐ Lender does ☐ Paid by Condo or HOA
*Is the policy current?* ☐ Yes ☐ No
Name of Insurance Co.: _____
Insurance Co. Tel #: _____

*Have you filed for bankruptcy?* ☐ Yes ☐ No    If yes: ☐ Chapter 7 ☐ Chapter 13    *Filing Date:*_____
*Has your bankruptcy been discharged?* ☐ Yes ☐ No    Bankruptcy case number _____

*Additional Liens/Mortgages or Judgments on this property:*

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |
| | | | |

| HARDSHIP AFFIDAVIT |
|---|

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

| ☐ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower. | ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
|---|---|
| ☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |

☐ Other:

Explanation (continue on back of page 3 if necessary): _____
_____

## INCOME/EXPENSES FOR HOUSEHOLD[1]     ▷ Number of People in Household:

| Monthly Household Income | | Monthly Household Expenses/Debt | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross Wages | $ | First Mortgage Payment | $ | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ |
| Child Support / Alimony / Separation[2] | $ | Insurance | $ | Savings/ Money Market | $ |
| Social Security/SSDI | $ | Property Taxes | $ | CDs | $ |
| Other monthly income from pensions, annuities or retirement plans | $ | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ | Stocks / Bonds | $ |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ | Other Cash on Hand | $ |
| Rents Received | $ | Net Rental Expenses | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $ | Other _____ | $ |
| Food Stamps/Welfare | $ | Car Payments | $ | Other _____ | $ |
| Other (investment income, royalties, interest, dividends etc.) | $ | Other _____ | $ | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| **Total (Gross Income)** | $ | **Total Debt/Expenses** | $ | **Total Assets** | $ |

## INCOME MUST BE DOCUMENTED

[1] Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using the back of this form if necessary.

[2] You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.

## INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| *Ethnicity:* | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | *Ethnicity:* | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| *Race:* | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | *Race:* | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| *Sex:* | ☐ Female<br>☐ Male | *Sex:* | ☐ Female<br>☐ Male |

| To be completed by interviewer | | Name/Address of Interviewer's Employer |
|---|---|---|
| This request was taken by:<br><br>☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Name (print or type) & ID Number<br><br>Interviewer's Signature     Date<br><br>Interviewer's Phone Number (include area code) | |

### ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

▷ _____      _____

Borrower Signature                                 Date

▷ _____      _____

Co-Borrower Signature                              Date

### NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

# Instructions for Completing RMA Form
*The numbered sections correspond to instructions on the right.*

1. Your loan ID number is on your mortgage statement

2. Your loan servicer is the financial institution that collects your monthly mortgage payments.

3. The borrower section must be the person whose name is on the mortgage.

4. The co-borrower is a second person on the mortgage. Do not fill this section out for someone who is not listed on the mortgage.

5. For this section, you should only choose one option for each question.

6. Please provide a mailing address and property address if different. The property address should correspond to the mortgage you are applying to modify.

7. If your property is not listed for sale, you do not need to fill out the rest of Section 7. Only include offers for sale that you received in the past year.

8. Counselors are available free of charge and can be located on the Making Home Affordable website (ww.MakingHomeAffordable.gov).

9. If your real estate taxes and property insurance are part of your monthly payment that you make to your servicer, select "lender does." HOA: Homeowner's association

10. See instructions for Section 9.

11. The filing date indicates when you officially filed for bankruptcy. Only check the "yes" box for a discharged bankruptcy if you no longer owe any obligations.

12. Additional liens include second (or third) mortgages and home equity lines of credit.

13. Please select as many hardships that apply to your situation. You can use the extra lines to explain your hardship, though extensive explanations could delay the processing of your documentation.



14. Indicate the number of people in a household who contribute to the total income.

15. Monthly gross wages are what you receive before taxes. Use your most current pay stub to find this amount.

16. This amount should be listed on a current pay stub.

17. If you receive child support, alimony, or separation maintenance income, you are not required to report it by law. You should only include this amount if you would like it to be included in the income calculation.

18. SSDI: Social Security/Disability Income

19. Only include if you are retired and collecting income from retirement funds.

20. If reported, this amount will be on your pay stub.

21. Only include rental income if used as part of your overall income.

22. You must have at least nine months of unemployment income to report on this form.

23. Report the amount indicated on your benefits letter. You must provide a copy of this letter as documentation of this income.

24. Add all other income and report sum in this box.

25. Add all amounts in income column (boxes 15-24) and report sum.

26. This amount can be found on your statement for your first mortgage.

27. If applicable, this amount can be found on your statement for your second mortgage or home equity lines of credit.

28. This refers only to homeowner's insurance and should be reported only if you pay this yourself.

29. Only report these taxes if you pay them yourself.

30. Add all credit cards and installment payments and report sum here.

31. If you are responsible for paying child support or alimony, you must report the amount here.

32. Report amount if your total rental income does not cover your total rental expenses.

33. HOA: Home Owner's Association; Report only if you pay these fees yourself.

34. Include car payments only if you are the owner of the vehicle.

35. Include any other pertinent household expenses.

36. Add all amounts in expense column (boxes 26-35) and report sum.

37-39. Report amounts for all accounts, if applicable.

40. CDs: certificates of deposit

41-42. Report amounts for all accounts, if applicable.

43. Include estimated value for all other properties owned.

44-45. Report any other assets other than the value of life insurance or retirement plans, including 401K, pension funds, IRAs, Keogh plans, etc.)

46. Add all amounts in assets column (boxes 37-45) and report sum.

47. This information is not required but encouraged to ensure federal compliance with anti-discrimination laws. No information reported in this section will affect your consideration to receive a modification.

REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) — page 2 | COMPLETE ALL THREE PAGES OF THIS FORM

## ACKNOWLEDGEMENT AND AGREEMENT

In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements, may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5. That my property is owner-occupied. I intend to reside in this property for the next twelve months. I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

Borrower Signature _____  Date _____

Co-Borrower Signature _____  Date _____

NOTICE TO BORROWERS

Be advised that by signing this document you... keep and that these documents and information you submit in your service in connection with the Making Home Affordable Program are under penalty... false statement of material facts... in the completion of these documents including but not limited to violation of, and regarding your occupancy... if you have reached any circumstance, and/or income, interest, or assets will subject you to a term of criminal penalties... and/or provisions for the... loving crimes occupy, false statement, mail fraud, and wire fraud... The information contained in these documents is subject to examination and verification. Any person who knowingly... matters by signing this document you certify, represent and agree that... Under penalty for... matter... providing benefits in connection with the Making Home Affordable Program, including the documents for... information regarding the program, and/or documents...

If you are aware of fraud, waste, abuse, mismanagement... or misrepresentations affiliated with the Home Affordable Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to SIGTARP Hotline, Office of the Special Inspector General for the Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

---

48. Please be sure to read entire agreement before signing. Do not leave off a signature as this will decrease efficient document processing.

# INSTRUCTIONS
# FOR
# SHORTS SALES AND DEEDS-IN-LIEU

**If you are submitting a request for a short sale or a deed-in-lieu, please provide the following documents _in addition_ to the standard documentation:**

| Disposition Option | Required Documentation |
|---|---|
| **Short Sale**<br>_(Note: some of the items may need to be obtained from the listing agent)_ | • Listing Agreement for subject property<br>• Detailed Listing History (MLS Printout)<br>• Purchase Agreement<br>• Buyer's pre-qualification<br>• Estimated HUD-1<br>• 3 Comparable Active Listings/3 Comparable Sales/Pictures of the Property & Neighborhood |
| **Deed-in-Lieu** | Listing Agreement for subject property<br><br>Note: most servicers will require the property to have been listed for at least 90 days with no feasible (market value) offer |

## PORTAL UPLOAD INSTRUCTIONS

Please use the "Other" documents queue to upload any of the above documentation

**HELP FOR AMERICA'S HOMEOWNERS.**


MAKING HOME AFFORDABLE

## Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to receive assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 *et seq.*), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud or forgery, (B) money laundering or (C) tax evasion.

| **Borrower** | **Co-Borrower** |
|---|---|
| ☐ I have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:<br>**(a)** felony larceny, theft, fraud or forgery,<br>**(b)** money laundering or<br>**(c)** tax evasion | ☐ I have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:<br>**(a)** felony larceny, theft, fraud or forgery,<br>**(b)** money laundering or<br>**(c)** tax evasion |

In making this certification, I/we certify under penalty of perjury that all of the information in this document is truthful and that I/we understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

_____

Date

_____

Date

Making Home Affordable Program
Hardship Affidavit


MAKING HOME AFFORDABLE.gov

| COMPLETE ALL TWO PAGES OF THIS FORM

▶ Loan I.D. Number_____    ▶ Servicer _____

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name | Co-borrower's name |
| Social Security number          Date of birth | Social Security number          Date of birth |

Property address (include city, state and zip):

| *I want to:* | ☐ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| *The property is my:* | ☐ Primary Residence | ☐ Second Home | ☐ Investment Property |
| *The property is:* | ☐ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |

## HARDSHIP AFFIDAVIT

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

| | |
|---|---|
| ☐ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower. | ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
| ☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |

☐ Other:

Explanation (continue on back of page 2 if necessary): _____

_____

Have you filed for bankruptcy?  ☐ Yes  ☐ No    If yes:   ☐ Chapter 7  ☐ Chapter 13    Filing Date:_____
Has your bankruptcy been discharged?   ☐ Yes  ☐ No    Bankruptcy case number _____

## INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| **BORROWER**  ☐ I do not wish to furnish this information | | **CO-BORROWER**  ☐ I do not wish to furnish this information | |
|---|---|---|---|
| *Ethnicity:* | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | *Ethnicity:* | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| *Race:* | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | *Race:* | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| *Sex:* | ☐ Female<br>☐ Male | *Sex:* | ☐ Female<br>☐ Male |

| To be completed by interviewer | | *Name/Address of Interviewer's Employer* |
|---|---|---|
| *This request was taken by:*<br>☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | *Interviewer's Name (print or type) & ID Number*<br><br>*Interviewer's Signature          Date*<br><br>*Interviewer's Phone Number (include area code)* | |

### *ACKNOWLEDGEMENT AND AGREEMENT*

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements, may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

▷ _____          _____

Borrower Signature                                                          Date

▷ _____          _____

Co-Borrower Signature                                                    Date

**HOMEOWNER'S HOTLINE**

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*



888-995-HOPE
Homeowner's HOPE™ Hotline

**NOTICE TO BORROWERS**

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.