UNITES STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK

Chapter 13

In re:

Case No. 10-24685-rdd

Jack Fuentes and Ramona Fuentes

                              Debtors,

**DEBTOR LOSS MITIGATION AFFADAVIT**

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF WESTCHESTER  )

I, H. Bruce Bronson, Jr., being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Westchester County, NY.

On May 19, 2011, I served the following documents:

1. A copy of the Debtors two (2) most recent federal tax returns;
2. A copy of the Debtors last two (2) paycheck stubs;
3. A copy of the completed Financial Worksheet;
4. A Detailed list of all Monthly expenses;
5. Completed 4506T-EZ form;
6. Hardship Affidavit and hardship letter;
7. RMA
8. Authorization for our Firm to represent Debtor

upon the following parties via fax and mail to the following:

Elizabeth Swienc
Rosicki, Rosicki, Associates, P.C.

Fax: (516) 873-7243

51 E. Bethpage Road
Plainview, NY 11803

Dated May 19, 2011
Harrison, NY

_____
H. Bruce Bronson, Jr

Sworn to before me this
19th day of May, 2011

_____
NOTARY PUBLIC

GINO A. MARMORATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MA6202011
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES 3/09/2013