# ROSICKI, ROSICKI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
### Main Office 51 E Bethpage Road
### Plainview, NY 11803
### Telephone: (516) 741-2585
### Facsimile: (516) 873-7243

July 29, 2011

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarrapos Street
White Plains, NY 10601

Re: **Debtors: Jack Fuentes and Ramona Fuentes**
**Bankruptcy Case No.: 10-24685-rdd**
**Chapter: 13**

Dear Judge Drain:

This loss mitigation status letter is submitted on behalf of Bank of America N.A., as successor by merger to BAC Home Loans Servicing LP, a secured creditor of the above referenced Debtors.

To date the parties have had initial contact and the debtors have been provided with my client's financial package. The debtors have submitted the required financial package however updated paystubs are required and have been requested to complete the review. Once received, my client will complete the review for a potential loan modification. The parties continue to engage in loss mitigation discussions and feel it best to adjourn the status conference to October 12, 2011 at 10:00 a.m.

The parties are requesting an adjournment of the status conference to October 12, 2011 at 10:00 a.m. to allow enough time to have the financial package reviewed, hold a loss mitigation session and reach a resolution.

Should you have any questions please feel free to contact the undersigned.

Very truly yours,

Richard Postiglione, Esq.
Rosicki, Rosicki and Associates, P.C.

cc: *Jack Fuentes and Ramona Fuentes*
   *H. Bruce Bronson, Esq.*
   *Jeffrey L. Sapir, Esq.*