UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                              Case No.: 10-24685 (rdd)
                                                    Chapter 13
Jack Fuentes and Ramona Fuentes,

                                    Debtors.
_____

## ORDER EXTENDING LOSS MITIGATION PERIOD AND
## ADJOURNING STATUS CONFERENCE

It appearing that the above debtors, Jack Fuentes and Ramona Fuentes have requested Loss Mitigation; and it further appearing that this Court entered an Order on or about April 6, 2011 granting such request; and it further appearing that the parties have been cooperating with respect to the Loss Mitigation request with **Bank of America N.A.,** as successor by merger to BAC Home Loans Servicing, LP and, through their counsel, have agreed to extend the Loss Mitigation period and adjourn the Status Conference originally scheduled for August 3, 2011; and good cause appearing therefor, it is hereby

**ORDERED**, that the Loss Mitigation period is extended to October 13, 2011 and the Status Conference will now be held on **October 12, 2011 at 10:00 a.m**. in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated: White Plains, New York
       August 1, 2011

                                    /s/Robert D. Drain
                                    Hon. Robert D. Drain
                                    U.S. Bankruptcy Judge